Submitted January 14—decided January 22, 1975

CITY OF HARTFORD *v.* PUBLIC UTILITIES COMMISSION ET AL. (No. 112008)

CONNECTICUT CITIZENS ACTION GROUP ET AL. *v.* PUBLIC UTILITIES COMMISSION (No. 112009)

HARTFORD CONSUMER ACTIVISTS ASSOCIATION ET AL. *v.* PUBLIC UTILITIES COMMISSION ET AL. (No. 112010)

OFFICE OF CONSUMER COUNSEL *v.* PUBLIC UTILITIES COMMISSION ET AL. (No. 112083)

OFFICE OF CONSUMER COUNSEL *v.* PUBLIC UTILITIES COMMISSION ET AL. (No. 112084)

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Peter G. Boucher,* assistant corporation counsel, for the plaintiff city of Hartford.

*Barry S. Zitser,* for the plaintiffs Connecticut Citizens Action Group et al. and Hartford Consumer Activists Association et al.

*David Silverstone,* consumer counsel, for the plaintiff office of Consumer Counsel.

*Palmer S. McGee, Jr.,* and *Robert M. Stephan,* for the defendants Hartford Electric Light Company and Connecticut Light and Power Company.

*Robert S. Golden, Jr.,* assistant attorney general, and *Richard L. Barger,* assistant attorney general, for the named defendant.

Submitted January 15—decided January 27, 1975